**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| **PATRICIA GONZALEZ AND JOHN GONZALEZ,**<br><br>    *Plaintiffs*,<br><br>**v.**<br><br>**LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,**<br><br>    *Defendants*. | **Civil Action No. _____** |

**DEFENDANTS' DISCLOSURE STATEMENT
PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and LR 3.1, Defendants **LIVE NATION WORLDWIDE, INC**. and **LIVE NATION ENTERTAINMENT, INC.**, hereby submit the following disclosures:

**I.
CORPORATE DISCLOSURE STATEMENT**

1.     Defendant Live Nation Worldwide, Inc. is a Delaware Corporation with its principal place of business in California.

2.     Defendant Live Nation Entertainment, Inc. is a Delaware Corporation with its principal place of business in California.

**II.
CERTIFICATE OF INTERESTED PERSONS**

3.     The following is a complete list (based on information available at this time) of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates,

parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

   a.  Patricia Gonzalez, Plaintiff;

   b.  John Gonzalez, Plaintiff;

   c.  Arnell Law, PLLC, Plaintiff's Counsel;

   d.  Live Nation Worldwide, Inc., Defendant;

   e.  Live Nation Entertainment, Inc., Defendant; and

   f.  Broadspire Insurance Company, Defendant's Insurer.

### III.
### DIVERSITY DISCLOSURE

4.   This action is based on diversity jurisdiction under 28 U.S.C. § 1332(a).

5.   Plaintiff Patricia Gonzalez is an individual who is domiciled in Texas and is a citizen of Texas for diversity jurisdiction purposes.

6.   Plaintiff John Gonzalez is an individual who is domiciled in Texas and is a citizen of Texas for diversity jurisdiction purposes.

7.   Defendant Live Nation Worldwide, Inc. is a Delaware Corporation with its principal place of business in California for diversity jurisdiction purposes.

8.   Defendant Live Nation Entertainment, Inc. is a Delaware Corporation with its principal place of business in California for diversity jurisdiction purposes.

Respectfully submitted,

**[SIGNATURE BLOCK ON NEXT PAGE]**

4887-0464-7642, v. 1

**FEE, SMITH & SHARP, LLP**

**THOMAS W. FEE**
State Bar No. 24115011
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200
tfee@feesmith.com

*ATTORNEYS FOR DEFENDANTS LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,*

4887-0464-7642, v. 1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 19th day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District – Dallas Division, using the electronic case filing system of the Court. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Arnell
Chris@arnelllaw.com
**ARNELL LAW, PLLC**
450 Century Pkwy, Suite 250
Allen, TX 75013
Telephone: (972) 516-4385

**THOMAS W. FEE**