IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GAVIN O'NEILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:24-CV-0412-G |
| PURE SPA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' joint motion for mediation before a United States Magistrate

Judge (docket entry 23) is **GRANTED**.  The court appoints **United States**

**Magistrate Judge David L. Horan** to mediate this dispute.

**SO ORDERED**.

August 19, 2024.

_____
**A. JOE FISH**
**Senior United States District Judge**