**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **PATRICIA GONZALEZ AND JOHN GONZALEZ,** | |
| *Plaintiffs*, | |
| **v.** | Civil Action No. _____ |
| **LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,** | |
| *Defendants*. | |

<u>**INDEX OF DOCUMENTS IN STATE COURT ACTION**</u>

     Pursuant to 28 U.S.C. § 1447(b) and LR 81.1(a)(4), attached hereto are the following true

and correct copies of each document filed in the 134th Judicial District Court of Dallas County,

Texas in Cause No. DC-24-09975 (except for discovery material) and related Civil Docket Sheet:

| DOCUMENT | FILE MARK/DATED |
|---|---|
| **1.2** - Plaintiff's Original Petition | July 8, 2024 |
| **1.3** - Citation of Service – Live Nation Worldwide, Inc. | July 16, 2024 |
| **1.4** - Citation of Service – Live Nation Entertainment, Inc. | July 16, 2024 |
| **1.5** - Service of Process Notice to Live Nation Worldwide, Inc. | July 22, 2024 |
| **1.6** - Service of Process Notice to Live Nation Entertainment, Inc. | July 22, 2024 |
| **1.7** - Return of Service – Registered Agent | July 23, 2024 |
| **1.8** - Defendants' Original Answer | August 5, 2024 |
| **1.9** - Civil Docket Sheet | August 19, 2024 |

     Respectfully submitted,

**[SIGNATURE BLOCK ON NEXT PAGE]**

FEE, SMITH & SHARP, LLP

_Thomas W. Fee_

**THOMAS W. FEE**
State Bar No. 06873160
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100
(972) 934-9200 [FAX]
tfee@feesmith.com

*ATTORNEYS FOR DEFENDANTS LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District – Dallas Division, using the electronic case filing system of the Court. Based on the electronic records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Christopher J. Arnell
Chris@arnelllaw.com
**ARNELL LAW, PLLC**
450 Century Pkwy, Suite 250
Allen, TX 75013
Telephone: (972) 516-4385

_Thomas W. Fee_

**THOMAS W. FEE**

4896-0412-1050, v. 1

FILED
7/8/2024 11:08 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

2 CIT ESERVE Case 3:24-cv-02119-G   Document 3-1   Filed 08/20/24   Page 3 of 37   PageID 13

CAUSE NO. _____     DC-24-09975

| | | |
|---|---|---|
| **PATRICIA GONZALEZ, and JOHN GONZALEZ** | § <br> § <br> § <br> § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § <br> § | |
| **v.** | § <br> § | **DALLAS COUNTY, TEXAS** |
| **LIVE NATION WORLDWIDE, INC., and LIVE NATION ENTERTAINMENT, INC.** | § <br> § <br> § <br> § <br> § | |
| **Defendants.** | § | **____ JUDICIAL DISTRICT** |

---

### Plaintiffs' Original Petition

---

Patricia Gonzalez and John Gonzalez ("Plaintiffs") file their Original Petition against Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc., ("Defendants") and in support thereof would show the Court as follows:

## I. DISCOVERY CONTROL PLAN AND JURY REQUEST

1.     Plaintiffs intends to conduct discovery under Level 2 pursuant Texas Rules of Civil Procedure 190.3. Plaintiffs also requests a jury trial in this Cause.

## II. PARTIES

2.     Plaintiff Patricia Gonzalez is an individual residing in Tarrant County, Texas.

3.     Plaintiff John Gonzalez is an individual residing in Tarrant County, Texas.

4.     Defendant Live Nation Worldwide, Inc. is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS

NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

5.      Defendant Live Nation Entertainment, Inc., is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

### III. JURISDICTION AND VENUE

6.      This Court has jurisdiction over the subject matter of this case because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7.      This Court has personal jurisdiction over the Defendants because Defendants conducted business in this state by providing entertainment services in Dallas County and throughout Texas.

8.      Venue for this case is proper in Dallas County, Texas because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

9.      Plaintiffs seeks monetary relief over $250,000 but not more than $1,000,000. *See* Tex. R. Civ. P. 47(c)(3).

### IV. FACTS

10.     On August 4, 2022, Plaintiffs attended a concert hosted by Defendants at the Dos Equis Pavilion in Dallas, Texas. Plaintiffs were providing food catering services for one of the sponsors of the event. Plaintiffs were provided special VIP wristbands that allowed Plaintiffs to view the event in a private area. Defendants' security personnel controlled who could enter the VIP area. During the concert, Plaintiff John Gonzalez left the VIP area because Defendants' security personnel would not allow one of Plaintiffs' employees into the VIP area, despite the fact the employee had the appropriate credentials and was in the VIP area minutes prior. Plaintiff John Gonzalez attempted to resolve the issue; however, Defendants' security guards accosted Mr.

Gonzalez and physically assaulted him. While Defendants' employees were assaulting Mr. Gonzalez, Mrs. Gonzalez attempted to intervene and asked for her husband to be released. Defendants' security personnel then physically assaulted Plaintiff Patricia Gonzalez, causing her to sustain injuries to her leg.

## V. CAUSES OF ACTION

11.     Plaintiffs incorporate by reference the factual allegations contained in the preceding paragraphs.

### A.     Assault

12.     Texas law provides a civil cause of action for victims of assault.[1] A person commits an assault if he intentionally or knowingly causes physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative.[2]

13.     Here, Defendants' employees physically assaulted Plaintiffs during the event in question. As a result, Plaintiffs sustained physically injuries. Defendants are vicariously liable for the conduct of their employees.

### B.     Negligent Hiring, Retention, and Supervision

14.     Defendants failed to adequately investigate and screen its employees prior to hiring. Further, Defendants failed to adequately train and supervise its employees providing security services at Defendants' concerts. Defendants' failure to investigate, screen, train, and supervise its employees proximately caused Plaintiffs' injuries.

---

[1] *See Umana v. Kroger Tex., L.P.*, 239 S.W.3d 434, 436 (Tex. App.—Dallas 2007, no pet.).
[2] *Id*. (citing Tex. Pen.Code Ann. § 22.01(a)(3)).

## VI. DAMAGES

15.    Plaintiffs are entitled to the following damages:

     a.      Economic damages;

     b.      Mental anguish damages;

     c.      Physical impairment;

     d.      Physical disfigurement;

     e.      Exemplary damages,

     f.      Court costs and fees;

     g.      Prejudgment and postjudgment interests; and

## VII. PRAYER

Plaintiffs prays that Defendants be cited to appear and answer, and that on final trial, Plaintiffs be granted a judgment against Defendants for a sum of money in excess of minimum jurisdictional limits of this Court or such other sum which the trier of fact determines is just and fair plus pre and post judgment interest at the maximum legal rate until paid in fully, and for all cost of Court incurred in the prosecution of this action, and for such other and further relief to which Plaintiffs may show themselves justly entitled whether at law or in equity.

Respectfully submitted,

**ARNELL LAW, PLLC**
450 Century Parkway
Suite 250
Allen, Texas 75013
Telephone: (972) 516-4385


By:  _/s/ Chris Arnell_
        Chris Arnell
        State Bar No. 24104322
        Chris@arnelllaw.com

**ATTORNEY FOR PLAINTIFF**

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**To:**  **LIVE NATION WORLDWIDE, INC.**
**REGISTERED AGENT CORORATE CREATIONS NETWORK INC**
**5444 WESTHEIMER # 1000**
**HOUSTON TX 77056**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **PATRICIA GONZALEZ, JOHN GONZALEZ**

Filed in said Court  **8th day of July, 2024** against

**LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.**

For Suit, said suit being numbered **DC-24-09975**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 16th day of July, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By:_____ , Deputy
     **BRITTANY FOREMAN**

---

**ESERVE**

# CITATION

No.: DC-24-09975

**PATRICIA GONZALEZ, et al**
**vs.**
**LIVE NATION WORLDWIDE, INC., et al**

**ISSUED**
**on this the 16th day of July, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **BRITTANY FOREMAN**, Deputy

**Attorney for Plaintiff**
**CHRISTOPHER J ARNELL**
450 CENTURY PKWY STE 250
ALLEN TX 75013-8136
972-516-4385
CHRIS@ARNELLLAW.COM

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-24-09975

Court No.: 134th District Court

Style: PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M.

Executed at _____, within the County of _____ at

o'clock _____.M. on the _____ day of _____, 20 _____, by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows: To certify which witness my hand.

| | |
|---|---|
| For serving Citation | $ _____ |
| For mileage | $ _____ |
| For Notary | $ _____ |

of _____ County, _____

By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of

_____ 20 _____, to certify which witness my hand and seal of office.

_____
Notary Public _____ County

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**To:**   **LIVE NATION ENTERTAINMENT, INC.**
**REGISTERED AGENT CORORATE CREATIONS NETWORK INC**
**5444 WESTHEIMER # 1000**
**HOUSTON TX 77056**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **PATRICIA GONZALEZ, JOHN GONZALEZ**

Filed in said Court  **8th day of July, 2024** against

**LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.**

For Suit, said suit being numbered **DC-24-09975**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 16th day of July, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By: _[signature]_ , Deputy
**BRITTANY FOREMAN**

---

**ESERVE**

# CITATION

**No.: DC-24-09975**

**PATRICIA GONZALEZ, et al**
**vs.**
**LIVE NATION WORLDWIDE, INC., et al**

**ISSUED**
**on this the 16th day of July, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **BRITTANY FOREMAN**, Deputy

**Attorney for Plaintiff**
**CHRISTOPHER J ARNELL**
450 CENTURY PKWY  STE 250
ALLEN TX  75013-8136
972-516-4385
CHRIS@ARNELLLAW.COM

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**OFFICER'S RETURN**

Cause No. DC-24-09975

Court No.: 134th District Court

Style: PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____.M.

Executed at _____, within the County of _____

o'clock _____.M. on the _____ day of _____, 20 _____, by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of

delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which

witness my hand.

| For serving Citation | $ _____ |
| For mileage | $ _____ |
| For Notary | $ _____ |

_____ of _____ County, _____

By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of

_____ 20 _____, to certify which witness my hand and seal of office.

_____ County

Notary Public _____



**CORPORATE CREATIONS**®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Live Nation Worldwide, Inc.                                            July 22, 2024
Kimberly Tobias Senior Vice President Litigation
Live Nation
9348 Civic Center Drive
Beverly Hills CA 90210

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2024-849

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be
directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT:
All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to
SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| No. | Field | Value |
|---|---|---|
| 1. | **Entity Served:** | Live Nation Worldwide, Inc. |
| 2. | **Title of Action:** | Patricia Gonzalez, et al vs. Live Nation Worldwide, Inc., et al |
| 3. | **Document(s) Served:** | Citation<br>Officer's Return<br>Plaintiff's Original Petition |
| 4. | **Court/Agency:** | Dallas County District Court |
| 5. | **State Served:** | Texas |
| 6. | **Case Number:** | DC-24-09975 |
| 7. | **Case Type:** | Battery/Assault |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 07/19/2024 |
| 10. | **Date to Client:** | Monday 07/22/2024 |
| 11. | **# Days When Answer Due<br>Answer Due Date:** | See Notes | <span style="color:red">CAUTION:</span> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Arnell Law, PLLC<br>Allen, TX<br>972-516-4385 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 441 |
| 16. | **Notes:** | Please note the answer is due by 10:00am on the Monday next following the expiration of twenty (20) days after service |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal
counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems
that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default
judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service
of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate
Creations Network Inc.

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

## CITATION

No.: DC-24-09975

**To:**  **LIVE NATION WORLDWIDE, INC.**
REGISTERED AGENT CORORATE CREATIONS NETWORK INC
**5444 WESTHEIMER # 1000**
**HOUSTON TX 77056**

PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

ISSUED
on this the 16th day of July, 2024

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: BRITTANY FOREMAN, Deputy

**GREETINGS:**

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **PATRICIA GONZALEZ; JOHN GONZALEZ**

Filed in said Court **8th day of July, 2024** against

**LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.**

For Suit, said suit being numbered **DC-24-09975**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office **on this the 16th day of July, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By: _____ , Deputy
**BRITTANY FOREMAN**

**Attorney for Plaintiff**
CHRISTOPHER J ARNELL
450 CENTURY PKWY STE 250
ALLEN TX 75013-8136
972-516-4385
CHRIS@ARNELLLAW.COM

DALLAS COUNTY
SERVICE FEES
NOT PAID

**OFFICER'S RETURN**

Cause No. DC-24-09975

Court No.: 134th District Court

Style: PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

Came to hand on the _____ day of _____, 20 ___, at _____ o'clock ___.M.

Executed at _____, within the County of _____ at

o'clock _____.M. on the _____ day of _____, 20 ___, by delivering to the within named

_____,

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of

delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which

witness my hand.

For serving Citation $ _____

For mileage $ _____    of _____ County, _____

For Notary $ _____    By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____

20 ___, to certify which witness my hand and seal of office.

Notary Public _____ County

FILED
7/8/2024 11:08 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

2 CIT ESERVE

**CAUSE NO. DC-24-09975** _____

| | | |
|---|---|---|
| **PATRICIA GONZALEZ, and JOHN GONZALEZ** | § § § § | **IN THE DISTRICT COURT** |
| **Plaintiffs,** | § § | |
| **v.** | § § | **DALLAS COUNTY, TEXAS** |
| **LIVE NATION WORLDWIDE, INC., and LIVE NATION ENTERTAINMENT, INC.** | § § § § § | |
| **Defendants.** | § § | \_\_\_\_ **JUDICIAL DISTRICT** |



## Plaintiffs' Original Petition

Patricia Gonzalez and John Gonzalez ("Plaintiffs") file their Original Petition against Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc., ("Defendants") and in support thereof would show the Court as follows:

### I. DISCOVERY CONTROL PLAN AND JURY REQUEST

1.      Plaintiffs intends to conduct discovery under Level 2 pursuant Texas Rules of Civil Procedure 190.3. Plaintiffs also requests a jury trial in this Cause.

### II. PARTIES

2.      Plaintiff Patricia Gonzalez is an individual residing in Tarrant County, Texas.

3.      Plaintiff John Gonzalez is an individual residing in Tarrant County, Texas.

4.      Defendant Live Nation Worldwide, Inc. is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS

NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

5.      Defendant Live Nation Entertainment, Inc., is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

### III. JURISDICTION AND VENUE

6.      This Court has jurisdiction over the subject matter of this case because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7.      This Court has personal jurisdiction over the Defendants because Defendants conducted business in this state by providing entertainment services in Dallas County and throughout Texas.

8.      Venue for this case is proper in Dallas County, Texas because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

9.      Plaintiffs seeks monetary relief over $250,000 but not more than $1,000,000. *See* Tex. R. Civ. P. 47(c)(3).

### IV. FACTS

10.     On August 4, 2022, Plaintiffs attended a concert hosted by Defendants at the Dos Equis Pavilion in Dallas, Texas. Plaintiffs were providing food catering services for one of the sponsors of the event. Plaintiffs were provided special VIP wristbands that allowed Plaintiffs to view the event in a private area. Defendants' security personnel controlled who could enter the VIP area. During the concert, Plaintiff John Gonzalez left the VIP area because Defendants' security personnel would not allow one of Plaintiffs' employees into the VIP area, despite the fact the employee had the appropriate credentials and was in the VIP area minutes prior. Plaintiff John Gonzalez attempted to resolve the issue; however, Defendants' security guards accosted Mr.

Gonzalez and physically assaulted him. While Defendants' employees were assaulting Mr. Gonzalez, Mrs. Gonzalez attempted to intervene and asked for her husband to be released. Defendants' security personnel then physically assaulted Plaintiff Patricia Gonzalez, causing her to sustain injuries to her leg.

## V. CAUSES OF ACTION

11.     Plaintiffs incorporate by reference the factual allegations contained in the preceding paragraphs.

### A.     Assault

12.     Texas law provides a civil cause of action for victims of assault.[1] A person commits an assault if he intentionally or knowingly causes physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative.[2]

13.     Here, Defendants' employees physically assaulted Plaintiffs during the event in question. As a result, Plaintiffs sustained physically injuries. Defendants are vicariously liable for the conduct of their employees.

### B.     Negligent Hiring, Retention, and Supervision

14.     Defendants failed to adequately investigate and screen its employees prior to hiring. Further, Defendants failed to adequately train and supervise its employees providing security services at Defendants' concerts. Defendants' failure to investigate, screen, train, and supervise its employees proximately caused Plaintiffs' injuries.

---

[1] *See Umana v. Kroger Tex., L.P.*, 239 S.W.3d 434, 436 (Tex. App.—Dallas 2007, no pet.).
[2] *Id.* (citing Tex. Pen.Code Ann. § 22.01(a)(3)).

## VI. DAMAGES

15.     Plaintiffs are entitled to the following damages:

        a.      Economic damages;

        b.      Mental anguish damages;

        c.      Physical impairment;

        d.      Physical disfigurement;

        e.      Exemplary damages,

        f.      Court costs and fees;

        g.      Prejudgment and postjudgment interests; and

## VII. PRAYER

Plaintiffs prays that Defendants be cited to appear and answer, and that on final trial, Plaintiffs be granted a judgment against Defendants for a sum of money in excess of minimum jurisdictional limits of this Court or such other sum which the trier of fact determines is just and fair plus pre and post judgment interest at the maximum legal rate until paid in fully, and for all cost of Court incurred in the prosecution of this action, and for such other and further relief to which Plaintiffs may show themselves justly entitled whether at law or in equity.

Respectfully submitted,

**ARNELL LAW, PLLC**
450 Century Parkway
Suite 250
Allen, Texas 75013
Telephone: (972) 516-4385


By: _/s/ Chris Arnell_
    Chris Arnell
    State Bar No. 24104322
    Chris@arnelllaw.com

**ATTORNEY FOR PLAINTIFF**



**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Live Nation Entertainment, Inc.                                    July 22, 2024
Kimberly Tobias Senior Vice President Litigation
Live Nation
9348 Civic Center Drive
Beverly Hills CA 90210

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2024-848

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| | | |
|---|---|---|
| 1. | **Entity Served:** | Live Nation Entertainment, Inc. |
| 2. | **Title of Action:** | Patricia Gonzalez, et al vs. Live Nation Worldwide, et al |
| 3. | **Document(s) Served:** | Citation<br>Officer's Return<br>Plaintiff's Original Petition |
| 4. | **Court/Agency:** | Dallas County District Court |
| 5. | **State Served:** | Texas |
| 6. | **Case Number:** | DC-24-09975 |
| 7. | **Case Type:** | Battery/Assault |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday 07/19/2024 |
| 10. | **Date to Client:** | Monday 07/22/2024 |
| 11. | **# Days When Answer Due<br>Answer Due Date:** | See Notes    CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Christopher J. Arnell<br>Allen, TX<br>972-516-4385 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 441 |
| 16. | **Notes:** | Please review the enclosed documents in order to calculate the response due date. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

ESERVE

# CITATION

No.: **DC-24-09975**

To: **LIVE NATION ENTERTAINMENT , INC.**
   **REGISTERED AGENT CORORATE CREATIONS NETWORK INC**
   **5444 WESTHEIMER # 1000**
   **HOUSTON TX  77056**

**PATRICIA GONZALEZ, et al**
<u>vs.</u>
**LIVE NATION WORLDWIDE, INC., et al**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

**ISSUED**
**on this the 16th day of July, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

Said Plaintiff being **PATRICIA GONZALEZ; JOHN GONZALEZ**

Filed in said Court  **8th day of July, 2024** against

By: **BRITTANY FOREMAN**, Deputy

**LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.**

**Attorney for Plaintiff**
**CHRISTOPHER J ARNELL**
450 CENTURY PKWY  STE 250
ALLEN TX  75013-8136
972-516-4385
CHRIS@ARNELLLAW.COM

For Suit, said suit being numbered **DC-24-09975**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

DALLAS COUNTY
SERVICE FEES
NOT PAID

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 16th day of July, 2024**

ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
**BRITTANY FOREMAN**

**OFFICER'S RETURN**

Cause No. DC-24-09975

Court No.: 134th District Court

Style: PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .M.

Executed at _____, within the County of _____

o'clock _____ .M. on the _____ day of _____, 20 _____, at _____ , by delivering to the within named

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:     To certify which witness my hand.

| | | |
|---|---|---|
| For serving Citation | $ _____ | |
| For mileage | $ _____ | of _____ County, _____ |
| For Notary | $ _____ | By _____ Deputy |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____

20 _____, to certify which witness my hand and seal of office.

_____
Notary Public _____ County

FILED
7/8/2024 11:08 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Cynthia R Willis DEPUTY

2 CIT ESERVE



CAUSE NO. DC-24-09975

| | | |
|---|---|---|
| PATRICIA GONZALEZ, and JOHN GONZALEZ | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| LIVE NATION WORLDWIDE, INC., and LIVE NATION ENTERTAINMENT, INC. | § § § § § | |
| Defendants. | § § | ____ JUDICIAL DISTRICT |

## Plaintiffs' Original Petition

Patricia Gonzalez and John Gonzalez ("Plaintiffs") file their Original Petition against Live Nation Worldwide, Inc. and Live Nation Entertainment, Inc., ("Defendants") and in support thereof would show the Court as follows:

### I. DISCOVERY CONTROL PLAN AND JURY REQUEST

1.     Plaintiffs intends to conduct discovery under Level 2 pursuant Texas Rules of Civil Procedure 190.3. Plaintiffs also requests a jury trial in this Cause.

### II. PARTIES

2.     Plaintiff Patricia Gonzalez is an individual residing in Tarrant County, Texas.

3.     Plaintiff John Gonzalez is an individual residing in Tarrant County, Texas.

4.     Defendant Live Nation Worldwide, Inc. is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS

NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

5.      Defendant Live Nation Entertainment, Inc., is a foreign entity organized under the laws of Delaware. Defendant can be served via its registered agent, CORPORATE CREATIONS NETWORK INC., at 5444 WESTHEIMER, #1000, HOUSTON, TX 77056.

### III. JURISDICTION AND VENUE

6.      This Court has jurisdiction over the subject matter of this case because the amount in controversy exceeds this Court's minimum jurisdictional requirements.

7.      This Court has personal jurisdiction over the Defendants because Defendants conducted business in this state by providing entertainment services in Dallas County and throughout Texas.

8.      Venue for this case is proper in Dallas County, Texas because all or a substantial part of the events or omissions giving rise to the claim occurred in Dallas County.

9.      Plaintiffs seeks monetary relief over $250,000 but not more than $1,000,000. *See* Tex. R. Civ. P. 47(c)(3).

### IV. FACTS

10.     On August 4, 2022, Plaintiffs attended a concert hosted by Defendants at the Dos Equis Pavilion in Dallas, Texas. Plaintiffs were providing food catering services for one of the sponsors of the event. Plaintiffs were provided special VIP wristbands that allowed Plaintiffs to view the event in a private area. Defendants' security personnel controlled who could enter the VIP area. During the concert, Plaintiff John Gonzalez left the VIP area because Defendants' security personnel would not allow one of Plaintiffs' employees into the VIP area, despite the fact the employee had the appropriate credentials and was in the VIP area minutes prior. Plaintiff John Gonzalez attempted to resolve the issue; however, Defendants' security guards accosted Mr.

Gonzalez and physically assaulted him. While Defendants' employees were assaulting Mr. Gonzalez, Mrs. Gonzalez attempted to intervene and asked for her husband to be released. Defendants' security personnel then physically assaulted Plaintiff Patricia Gonzalez, causing her to sustain injuries to her leg.

## V. CAUSES OF ACTION

11.     Plaintiffs incorporate by reference the factual allegations contained in the preceding paragraphs.

### A.     Assault

12.     Texas law provides a civil cause of action for victims of assault.[1] A person commits an assault if he intentionally or knowingly causes physical contact with another when the person knows or should reasonably believe that the other will regard the contact as offensive or provocative.[2]

13.     Here, Defendants' employees physically assaulted Plaintiffs during the event in question. As a result, Plaintiffs sustained physically injuries. Defendants are vicariously liable for the conduct of their employees.

### B.     Negligent Hiring, Retention, and Supervision

14.     Defendants failed to adequately investigate and screen its employees prior to hiring. Further, Defendants failed to adequately train and supervise its employees providing security services at Defendants' concerts. Defendants' failure to investigate, screen, train, and supervise its employees proximately caused Plaintiffs' injuries.

---

[1] *See Umana v. Kroger Tex., L.P.*, 239 S.W.3d 434, 436 (Tex. App.—Dallas 2007, no pet.).

[2] *Id.* (citing Tex. Pen.Code Ann. § 22.01(a)(3)).

## VI. DAMAGES

15.     Plaintiffs are entitled to the following damages:

      a.      Economic damages;

      b.      Mental anguish damages;

      c.      Physical impairment;

      d.      Physical disfigurement;

      e.      Exemplary damages,

      f.      Court costs and fees;

      g.      Prejudgment and postjudgment interests; and

## VII. PRAYER

Plaintiffs prays that Defendants be cited to appear and answer, and that on final trial, Plaintiffs be granted a judgment against Defendants for a sum of money in excess of minimum jurisdictional limits of this Court or such other sum which the trier of fact determines is just and fair plus pre and post judgment interest at the maximum legal rate until paid in fully, and for all cost of Court incurred in the prosecution of this action, and for such other and further relief to which Plaintiffs may show themselves justly entitled whether at law or in equity.

Respectfully submitted,

**ARNELL LAW, PLLC**
450 Century Parkway
Suite 250
Allen, Texas 75013
Telephone: (972) 516-4385


By: _/s/ Chris Arnell_
    Chris Arnell
    State Bar No. 24104322
    Chris@arnelllaw.com

**ATTORNEY FOR PLAINTIFF**

FORM NO. 353-3—CITATION

# THE STATE OF TEXAS

**ESERVE**

## CITATION

No.: **DC-24-09975**

To:   **LIVE NATION WORLDWIDE, INC.**
      **REGISTERED AGENT COROR ATE CREATIONS NETWORK INC**
      **5444 WESTHEIMER # 1000**
      **HOUSTON TX 77056**

**PATRICIA GONZALEZ, et al**
<u>vs.</u>
**LIVE NATION WORLDWIDE, INC., et al**

ISSUED
**on this the 16th day of July, 2024**

**FELICIA PITRE**
**Clerk District Courts,**
**Dallas County, Texas**

By: **BRITTANY FOREMAN**, Deputy

**Attorney for Plaintiff**
**CHRISTOPHER J ARNELL**
450 CENTURY PKWY STE 250
ALLEN TX 75013-8136
972-516-4385
CHRIS@ARNELLLAW.COM

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **PATRICIA GONZALEZ; JOHN GONZALEZ**

Filed in said Court **8th day of July, 2024** against

**LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.**

For Suit, said suit being numbered **DC-24-09975**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office  **on this the 16th day of July, 2024**



ATTEST: FELICIA PITRE,
Clerk of the District Courts of Dallas County, Texas

By_____, Deputy
   **BRITTANY FOREMAN**

**OFFICER'S RETURN**

Cause No. DC-24-09975

Court No.: 134th District Court

Style: PATRICIA GONZALEZ, et al
vs.
LIVE NATION WORLDWIDE, INC., et al

Came to hand on the ___18th___ day of ___July___, 20 _24_, at _11:44_ o'clock _A_.M.

Executed at _5444 Westheimer #1800 Houston TX 77056_, within the County of _Harris_ at _4:15_

o'clock ___.M. on the ___19___ day of ___July___, 20 24, by delivering to the within named _Network TX_

_Live Nation Entertainment INC. B/S Corporate Creations_ _Reg Agent_

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:      To certify which witness my hand.

For serving Citation    $ _____     _Lakeysha Smith_  14892  _4-30-26_

For mileage              $ _____     of _Harris_ County, _Texas_

For Notary               $ _____     By _Lakeysha Smith_ _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _Lakeysha Smith_ before me this _19_ day of _July_ _____,

20 _24_, to certify which witness my hand and seal of office.

_Joan Falcon_
Notary Public _Harris_ County _Texas_

JOAN FALCON
MY COMMISSION EXPIRES
05-23-2027
NOTARY ID: 7911511

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 90064323
Filing Code Description: Return Of Service
Filing Description: EXECUTED CITATION - LIVE NATION WORLDWIDE, INC.
Status as of 7/25/2024 12:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Francine Ly | | fly@dallascourts.org | 7/23/2024 9:37:20 AM | SENT |
| Chris Arnell | | chris@arnelllaw.com | 7/23/2024 9:37:20 AM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 7/23/2024 9:37:20 AM | SENT |

FILED
8/5/2024 11:17 AM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Jenifer Trujillo DEPUTY

Case 3:24-cv-02119-G   Document 3-1   Filed 08/20/24   Page 31 of 37   PageID 41

LNW.16570

## CAUSE NO. DC-24-09975

| | | |
|---|---|---|
| **PATRICIA GONZALEZ AND JOHN GONZALEZ,** | § | **IN THE DISTRICT COURT** |
| *Plaintiffs,* | § | |
| | § | |
| | § | |
| **v.** | § | **134th JUDICIAL DISTRICT** |
| | § | |
| **LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,** | § | |
| | § | |
| | § | |
| *Defendants.* | § | **DALLAS COUNTY, TEXAS** |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,** Defendants in the above entitled and numbered cause, and file this, their Original Answer, and for same would respectfully show unto the Court as follows:

### I.
### GENERAL DENIAL

Defendants deny each and every, all and singular, the material allegations contained within Plaintiffs' pleadings and demand strict proof thereof.

### II.
### JURY DEMAND

In accordance with Rule 216 of the Texas Rules of Civil Procedure, Defendants demand a trial by jury. Simultaneously with the filing of this demand, a jury fee is being paid on behalf of Defendants.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, **LIVE NATION WORLDWIDE, INC., AND LIVE NATION ENTERTAINMENT, INC.,** pray that the Plaintiffs take nothing by this suit, that Defendants go hence with their costs without delay, and

_____

**DEFENDANTS' ORIGINAL ANSWER**                                            **PAGE 1**

for all other relief, both general and special, at law and in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP, L.L.P.**

*/s/ Thomas W. Fee*
**THOMAS W. FEE**
State Bar No. 06873160
**MARC D. MADRIGAL**
State Bar No. 24115011
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas  75240
(972) 934-9100 – Phone
(972) 934-9200 – Fax
tfee@feesmith.com
mmadrigal@feesmith.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has been forwarded to all attorneys of record in this cause of action, in accordance with the Texas Rules of Civil Procedure on August 5, 2024.

*/s/ Thomas W. Fee*
**THOMAS W. FEE**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Leslie Parks on behalf of Thomas Fee
Bar No. 06873160
lparks@feesmith.com
Envelope ID: 90522891
Filing Code Description: Original Answer - General Denial
Filing Description: JURY
Status as of 8/5/2024 1:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Francine Ly | | fly@dallascourts.org | 8/5/2024 10:17:54 AM | SENT |
| Chris Arnell | | chris@arnelllaw.com | 8/5/2024 10:17:54 AM | SENT |
| Giao Arnell | | giao@arnelllaw.com | 8/5/2024 10:17:54 AM | SENT |

Associated Case Party: LIVE NATION WORLDWIDE, INC.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas W.Fee | | tfee@feesmith.com | 8/5/2024 10:17:54 AM | SENT |
| Marc Madrigal | | mmadrigal@feesmith.com | 8/5/2024 10:17:54 AM | SENT |

## Case Information

DC-24-09975 | PATRICIA GONZALEZ, et al vs. LIVE NATION WORLDWIDE, INC., et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-24-09975 | 134th District Court | TILLERY, DALE |
| File Date | Case Type | Case Status |
| 07/08/2024 | OTHER PERSONAL INJURY | OPEN |

## Party

PLAINTIFF
GONZALEZ, PATRICIA

Active Attorneys ▼
Lead Attorney
ARNELL, CHRISTOPHER J
Retained

PLAINTIFF
GONZALEZ, JOHN

Active Attorneys ▼
Lead Attorney
ARNELL, CHRISTOPHER J
Retained

DEFENDANT
LIVE NATION WORLDWIDE, INC.

Active Attorneys ▼
Lead Attorney
FEE, THOMAS W.
Retained

DEFENDANT
LIVE NATION ENTERTAINMENT, INC.

Active Attorneys ▼
Lead Attorney
FEE, THOMAS W.

## Events and Hearings

07/08/2024 NEW CASE FILED (OCA) - CIVIL

07/08/2024 ORIGINAL PETITION ▾

ORIGINAL PETITION

07/08/2024 ISSUE CITATION ▾

ISSUE CITATION LIVE NATION ENTERTAINMENT , INC

ISSUE CITATION LIVE NATION WORLDWIDE, INC

07/16/2024 CITATION▾

Served
07/19/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
07/23/2024
Comment
LIVE NATION WORLDWIDE, INC

07/16/2024 CITATION▾

Served
07/19/2024

Anticipated Server
ESERVE

Anticipated Method
Actual Server
ESERVE

Returned
07/23/2024

Comment
LIVE NATION ENTERTAINMENT, INC.

---

07/17/2024 NOTICE OF DISMISSAL FOR WANT OF PROSECUTION

---

07/23/2024 RETURN OF SERVICE ▾

Comment
EXECUTED CITATION - LIVE NATION ENTERTAINMENT, INC.

---

07/23/2024 RETURN OF SERVICE ▾

EXECUTED CITATION - LIVE NATION WORLDWIDE, INC.

Comment
EXECUTED CITATION - LIVE NATION WORLDWIDE, INC.

---

08/05/2024 ORIGINAL ANSWER - GENERAL DENIAL ▾

ORIGINAL ANSWER

---

08/05/2024 JURY DEMAND ▾

JURY DEMAND FORM

---

09/13/2024 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
TILLERY, DALE

Hearing Time
10:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

---

# Financial

GONZALEZ, PATRICIA

| | |
|---|---|
| Total Financial Assessment | $366.00 |
| Total Payments and Credits | $366.00 |

| Date | Description | Receipt | Party | Amount |
|---|---|---|---|---|
| 7/8/2024 | Transaction Assessment | | | $366.00 |
| 7/8/2024 | CREDIT CARD - TEXFILE (DC) | Receipt # 45573-2024-DCLK | GONZALEZ, PATRICIA | ($229.00) |
| 7/8/2024 | STATE CREDIT | | | ($137.00) |

LIVE NATION WORLDWIDE, INC.

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $10.00 |
| | Total Payments and Credits | | | $10.00 |
| 8/5/2024 | Transaction Assessment | | | $10.00 |
| 8/5/2024 | CREDIT CARD - TEXFILE (DC) | Receipt # 52417-2024-DCLK | LIVE NATION WORLDWIDE, INC. | ($10.00) |

## Documents

ORIGINAL PETITION

ISSUE CITATION LIVE NATION ENTERTAINMENT , INC

ISSUE CITATION LIVE NATION WORLDWIDE, INC

EXECUTED CITATION - LIVE NATION WORLDWIDE, INC.

ORIGINAL ANSWER

JURY DEMAND FORM