IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA GONZALEZ and JOHN GONZALEZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | CIVIL ACTION NO. |
| LIVE NATION WORLDWIDE, INC. and LIVE NATION ENTERTAINMENT, INC., | ) ) ) ) | 3:24-CV-2119-G |
| Defendants. | ) | |

## <u>ORDER</u>

Before the court is the defendants' first amended unopposed motion to set aside Clerk's Entry of Default (docket entry 30).  The motion is **GRANTED**.

**IT IS ORDERED** that the Clerk's Entry of Default (docket entry 21) is hereby **VACATED** in all respects.

**IT IS FURTHER ORDERED** that the plaintiffs' motion for default judgment (docket entry 25) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall note the appearance of Jennifer Mauer Lee and Eric G. Walraven as additional counsel for the defendants.

**SO ORDERED**.

June 1, 2026.

_____

**A. JOE FISH**
**Senior United States District Judge**